# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2023 KW 0672

VERSUS

CARCEIAL MIXON

**OCTOBER 10, 2023**

---

In Re:     Carceial Mixon, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. DC-23-04139.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

   **WRIT DENIED AS MOOT.** The records of the office of the Clerk
of Court of East Baton Rouge Parish indicate that relator pled
guilty on September 6, 2023, and has been sentenced in this
case. Thus, the request for mandamus relief regarding the writ
of habeas corpus, allegedly filed July 26, 2023, is moot.

                        **PMc**
                        **CHH**
                        **SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT